COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Prentis B. Tomlinson, Jr. v. John Khoury

Appellate case number:    01-19-00183-CV

Trial court case number:  2012-61491

Trial court:              281st District Court of Harris County

 

       Amicus Curiae, M. Sameer Ahmed, Trustee of the Slattery Trust, has filed an amicus brief and requested leave to participate in oral argument in this case, which is set for October 21, 2020.  The request for leave to participate in oral argument is DENIED.

       It is so ORDERED.

Judge's signature: /s/ Terry Adams
               ☐ Acting individually   ☒ Acting for the Court

Date:  October 13, 2020